UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

#4473798

**IN RE:**

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

MATTHEW B SODEMANN
Debtor(s)

**CASE NO. BKY 08-30144 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Matthew B. Sodemann in the amount of $1.00, were unclaimed.

CREDITOR:
Matthew B. Sodemann
14926 Chorley Avenue West
Rosemount, MN 55068

CLAIM NUMBER:

AMOUNT:
$1.00

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: September 13, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 SEP 14 PM 12:15
U.S. BANKRUPTCY COURT
ST. PAUL, MN